UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 12-2676

PEDRO ENRIQUE HERNANDEZ,
                                                    Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,
                                                    Respondent
(Agency No. A022-598-326 )

Present:  AMBRO, HARDIMAN and ROTH, Circuit Judges

   1. Motion by Respondent to Amend Opinion filed June 3, 2013.


                                        Respectfully,
                                        Clerk/tmm

_____ORDER_____
        In response to the foregoing Motion to Amend Opinion, Footnote 3 shall be
omitted from the Opinion filed on June 3, 2013.

                                        By the Court,

                                        /s/ Thomas M. Hardiman
                                        Circuit Judge

Dated: July 30, 2013
tmm/cc: Pedro Enrique Hernandez
Erica B. Miles